1008

No. 85–6880.  MYER *v.* DORSEY, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–6881.  LEDAY *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 85–6888.  BAKER *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 85–6894.  PEREZ *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 85–6895.  PACE *v.* NEWSOME, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 85–6896.  SCOTT *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 85–6898.  KNIGHT *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 85–6902.  SIMS *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85–6905.  JACKSON *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 85–6907.  HEATH *v.* LOUISVILLE AND JEFFERSON COUNTY METROPOLITAN SEWER DISTRICT.  Sup. Ct. Ky.  Certiorari denied.

No. 85–6908.  MABERY *v.* JOHNSON ET AL.  C. A. 4th Cir. Certiorari denied.

No. 85–6910.  MATTHEWS *v.* SPEARS, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 85–6912.  MATHIAS *v.* GREENSPAN ET AL.  C. A. 3d Cir. Certiorari denied.

No. 85–6922.  SAMPLEY *v.* THORNBURG, ATTORNEY GENERAL OF NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.